UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Karen Acosta v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13009-DRH |
| *Ann Allison, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11288-DRH |
| *Nicole Biddinger v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12920-DRH |
| *Nicole Bini v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12520-DRH |
| *Ashley Bolles v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11689-DRH |
| *Katherine Burton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12362-DRH |
| *Reginald M. Cavell, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12479-DRH |
| *Deborah Drake v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11127-DRH |
| *Michele Fuhriman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13621-DRH |
| *Jacqueline Gallagher v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13634-DRH |
| *Tina Hyde v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11795-DRH |

| | |
|---|---|
| *Kathryn Klimaszewski v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11427-DRH |
| *Briana Kramer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13275-DRH |
| *Elena Leal v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11888-DRH |
| *Tina Morgan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12475-DRH |
| *Melissa Oatman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13163-DRH |
| *Deanna Phillips v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10511-DRH |
| *Allison Rand v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10027-DRH |
| *Linda Schiopu v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11318-DRH |
| *Joyce Singh v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12390-DRH |
| *Cvetka Wallis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10616-DRH |
| *Stacey Weston v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12889-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 30, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                        **NANCY J. ROSENSTENGEL,**
                                        **CLERK OF COURT**

                                        **BY:**   /s/*Caitlin Fischer*
                                                  **Deputy Clerk**

**Dated:** May 1, 2014

Digitally signed by David R. Herndon
Date: 2014.05.01 09:57:25 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**